# ELECTRONIC RECORD

COA #   07-13-00344-CR          OFFENSE:  22.01

STYLE:  Robert Andrew Mayes v. The State of Texas          COUNTY:  Potter

COA DISPOSITION:  Reverse and Remand          TRIAL COURT:  108th District Court

DATE: 11/05/2014          Publish: NO   TC CASE #:  65,815-E

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Robert Andrew Mayes v. The State of Texas          CCA #:  1593-14

_____ State's _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____ refused _____          JUDGE: _____

DATE: April 1, 2015          SIGNED: _____          PC: _____

JUDGE: PC          PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD